IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Darice T

Printed: 6/17/08

Case Number: 06 B 15991
Judge: Wedoff, Eugene R
Filed: 12/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: January 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,160.00 |  |
| Secured: |  | 2,832.52 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,054.00 |
| Trustee Fee: |  | 273.48 |
| Other Funds: |  | 0.00 |
| Totals: | 5,160.00 | 5,160.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 2,054.00 | 2,054.00 |
| 2. | Daniel J Winter | Administrative | 374.50 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 18,052.69 | 2,832.52 |
| 5. | World Financial Network Nat'l | Unsecured | 29.29 | 0.00 |
| 6. | National Collection | Unsecured | 87.79 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 12.50 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 2.56 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 10.96 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 82.50 | 0.00 |
| 11. | Providian | Unsecured | 114.89 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 57.10 | 0.00 |
| 13. | Jefferson Capital | Unsecured | 78.17 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 11.38 | 0.00 |
| 15. | Carson Pirie Scott & Co | Unsecured | 29.97 | 0.00 |
| 16. | Jefferson Capital | Unsecured | 136.25 | 0.00 |
| 17. | National Capital Management | Unsecured | 35.31 | 0.00 |
| 18. | CCA | Unsecured |  | No Claim Filed |
| 19. | Riscuity | Unsecured |  | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 21. | Fingerhut | Unsecured |  | No Claim Filed |
| 22. | H&F Law | Unsecured |  | No Claim Filed |
| 23. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 24. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 25. | Palisades Collection LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Washington, Darice T | Case Number: 06 B 15991 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 12/5/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Pinnacle Credit Services | Unsecured | | No Claim Filed |
| 27. | Sprint PCS | Unsecured | | No Claim Filed |
| 28. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 29. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | | No Claim Filed |

$ 21,169.86      $ 4,886.52

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 41.28 |
| 5.4% | 232.20 |

$ 273.48

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____